IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHINITA FREEMAN, <br>                  Plaintiff, <br> v. <br> KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,[1] <br>                  Defendant. | CIVIL ACTION <br><br> NO. 20-3155 |

**ORDER**

**AND NOW**, this 15th day of September, 2021 upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12); Defendant's Response to Request for Review of Plaintiff (ECF No. 15); and Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (ECF No. 18), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).